IG. ROTH, Inc., v. ROSENTHAL. (Supreme Court, Appellate Division, First Depart-

ment.    December 31, 1913.)    Action by Ig. Roth, Incorporated, against Rebecca Rosenthal. No opinion.  Motion granted.  See, also, 144 N. Y. Supp. 963.